# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSHUA MCDANIEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2301
_____

January 28, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Joshua McDaniel, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alea C. Stephens, Assistant Attorney General, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.